# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **DANIEL MORRIS,**<br>    Plaintiff,<br><br>vs.<br><br>**CONSERVE, INC.; AND DOES 1 THROUGH 10, INCLUSIVE,**<br>    Defendant. | **Civil Action No.: 1:14-cv-123**<br><br>**Judge:**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, DANIEL MORRIS, by counsel, and Defendant, CONSERVE, INC., by counsel, hereby stipulate and agree that Plaintiff's action against CONSERVE, INC. and DOES 1 to 10, inclusive, should be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

DATED: August 25, 2014

By: /s/ Scott E. Racop
Scott E. Racop, Esq.
Racop Law Offices, P.C.
3031 Poplar Street
Terre Haute, IN 47803
P: (812) 238-0440
racoplaw@aol.com
*Attorneys for Plaintiff*
DANIEL MORRIS

DATED: August 20, 2014

By: /s/ Robert R. Kracht
Robert R. Kracht
McCarthy, Lebit, Crystal & Liffman
1800 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115
rrk@mccarthylebit.com
P: 216-696-1422
*Attorneys for Defendant*
CONSERVE, INC.